IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the matter of:<br><br>RONNIE LOUIS MARVEL KAHAPEA,<br><br>Debtor.<br><br>RONNIE LOUIS MARVEL KAHAPEA,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC,<br><br>Defendant. | Case No. 25-cv-00124-DKW-WRP<br><br>Bankr. No. 24-01025<br>Adv. No. 25-90004<br><br>**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |

On May 5, 2025, the Court denied Ronnie Louis Marvel Kahapea's motion and supplemental motion to withdraw the reference of his bankruptcy and adversary proceedings from the U.S. Bankruptcy Court for the District of Hawai'i and closed this case ("May 5, 2025 Order"). Dkt. No. 9. On May 19, 2025, Kahapea filed a motion to alter or amend judgment ("motion"). Dkt. No. 11.

Upon review of the pro se motion, it appears that Kahapea does not seek to alter or amend the May 5, 2025 Order, which is the only ruling in this case. *See* Dkt. No. 11 at 1 (moving "to alter or amend [the] Order of Dismissal entered May *16*, 2025") (emphasis added). This Court has not entered an "Order of Dismissal"

nor did this Court enter an order or take any other action on May 16, 2025, as described by Plaintiff. To the extent Kahapea does in some fashion seek to alter or amend the May 5, 2025 Order, any such request is DENIED for the straightforward reason that, in the motion, Kahapea does not point to any deficiency in the May 5, 2025 Order. *See id*. at 1-2 (challenging "the stated conclusions reached by the Court based on the express transcript and judicial statements made during the May 16, 2025 hearing."). Among other things, the May 5, 2025 Order, logically, could not have relied upon any statements made during whatever May 16, 2025 hearing to which Kahapea might be referring.

Although it was not the Court's responsibility, having independently reviewed the docket of Kahapea's bankruptcy and adversary proceedings, it appears that the hearing referenced by Plaintiff was held before the Bankruptcy Court on May 16, 2025 in the adversary proceeding. Case No. 25-AP-090004 (Bankr. D. Haw.), *Ronnie Louis Marvel Kahapea v. Pennymac Loan Services, LLC*, Dkt. No. 29. Consequently, to the extent Kahapea seeks to alter or amend anything that may have resulted from any such hearing before the Bankruptcy Court, *this* Court is not the appropriate forum to make the request. Rather, given that the bankruptcy reference has not been withdrawn, the <u>only</u> appropriate forum is the *Bankruptcy* Court. So it is clear, *this* case is and remains CLOSED.

IT IS SO ORDERED.

Dated: May 22, 2025 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge